Before STATE INDUSTRIAL BOARD, Respondent. CLARA A. McDOUGALL, Respondent, v. SMITH & CAFFREY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MICHAEL McHOUGH, Respondent, v. BERTRAND L. TAYLOR, JR., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State. Industrial Board, on the ground that the accident did not arise out of and in the course of the employment.    All concur.

Before STATE INDUSTRIAL BOARD, Respondent. GLADYS McLEAN, Respondent, v. THATCHER PROCESS COMPANY, INC., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the son for whose benefit the claim is made is not an acknowledged illegitimate child within the meaning of section 2, subdivision 11, of the Workmen's Compensation Law.    All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARGARET McPADDEN (or McFADDEN), Respondent, v. ST. GEORGE's CHURCH and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. JULIUS MENASHE, Respondent, v. B. SHAPOSNICK & Co. and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LOUISE MEYER, Appellant, v. LUZERNE CHEMICAL COMPANY and Another, Respondents.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. EDWARD MICHELFELDER, Respondent, v. ARTHUR B. VAN ALSTYNE and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that claimant was totally disabled throughout the period for which award was granted.    All concur.

ROSE MILLER, Respondent, v. ALBERT DAUCH, Appellant.— Motion granted, with ten dollars costs, unless, within twenty days, appellant perfects his appeal and pays said costs, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN MORLOCK, Respondent, v. H. H. FRANKLIN MANUFACTURING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MOSES PAYETTE, Respondent, v. WHITE CONSTRUCTION COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the reduced earning capacity has been arbitrarily fixed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. CAROLINA PEFETTO, Respondent, v. MILTON SILVERMAN and Another, Appellants.— Award modified to cover period beginning July 9, 1921, rather than May 26, 1921, and ending September 1, 1923; or a period of 111⅔ weeks rather than 118⅓ weeks; and as modified unanimously affirmed.